IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DUANE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>SEABOARD FOODS OF IOWA, L.L.C. and SEABOARD FOOD SERVICES, INC.,<br><br>Defendants. | Case No. 4:20-cv-00332-SMR-CFB<br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**COME NOW** the Parties, Plaintiff Duane Hill and Defendants Seaboard Foods of Iowa, L.L.C. and Seaboard Food Services, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of all claims in the above-captioned action with prejudice. The undersigned parties constitute all parties who have appeared in this action.

*/s/ Nathan J. Borland*
**TIMMER & JUDKINS, P.L.L.C.**
Nathan J. Borland AT0011802
nate@timmerjudkins.com
1415 28th Street, Suite 375
West Des Moines, IA 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
**ATTORNEYS FOR PLAINTIFF**

**SEYFERTH BLUMENTHAL & HARRIS LLC**
By: */s/ Kimberly A. Jones*
Bruce A. Moothart, IA. Bar No. 13698
Kimberly A. Jones, Mo Bar No. 46688 (pro hac vice)
Candice D. Coats (pro hac vice)
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
Email: bruce@sbhlaw.com
         kim@sbhlaw.com
         candicec@sbhlaw.com
**ATTORNEYS FOR DEFENDANTS**